UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michigan Urgent Care &
Primary Physicians, P.C.,

    Plaintiff,

Case No. 5:15-cv-13100-JCO-APP

-vs-

Center for Orthopedic Research and
Education, Inc., doing business as
The CORE Institute, and John Does 1-10,

    Defendants

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

WHEREAS, the parties, pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant Center for Orthopedic Research and Education, Inc., doing business as The CORE Institute with prejudice and without costs. Plaintiff's putative class claims shall be dismissed without prejudice and without costs.

**IT IS SO ORDERED.**

Date: December 14, 2015                        s/John Corbett O'Meara
                                                       United States District Judge

STIPULATED AND AGREED:

| | |
|---|---|
| **MICHIGAN URGENT CARE & PRIMARY CARE PHYSICIANS, P.C.** | **CENTER FOR ORTHOPEDIC RESEARCH AND EDUCATION, INC. d/b/a THE CORE INSTITITUTE** |
| s/ | s/ |
| By one of its attorneys | By one of its attorneys |
| Daniel Edelman | Mark A. Nadeau (AZ Bar No. 011280) |
| Edelman, Combs, Latturner & Goodwin LLC | 2525 E. Camelback Road, Suite 1000 |
| 20 S. Clark St., Suite 1500 | Phoenix, AZ 85016 |
| Chicago, IL 60603 | Phone: 480.606.5100 |
| 312-739-4200 | mark.nadeau@dlapiper.com |
| Courtecl@edcombs.com | |
| dedelman@edcombs.com | |

2